ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIAE RASHAUD WEST, | ) Civil No. 1:25-cv-01601-SKO |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND UNOPPOSED** |
| | ) **MOTION FOR EXTENSION OF** |
| | ) **TIME TO RESPOND TO** |
| | ) **PLAINTIFF'S COMPLAINT; ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) (Doc. 9) |
| | ) |
| | ) |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due currently January 23, 2026. Defendant has not previously requested an extension of this deadline.

2. At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

3. Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undesigned counsel has many remaining backlogs regarding

obtaining electronic certified administrative records (eCARs). We have been working with our previously furloughed staff in order to work through the backlog yet given staffing shortages due to the recent year-end holidays this eCAR is not available for filing by its current due date.  Furthermore, for the past two months, we have had a major backlog in obtaining transcriptions of hearing recordings throughout all of the Division of Civil Actions – our transcription contractors are at capacity and have not been able to keep up with our requests.

4.     Given this situation Defendant requests an extension of 31 days to respond to Plaintiff's Complaint.

5.     Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6.     This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until February 23, 2026, respond to Plaintiff's Complaint.

`                                    Respectfully submitted,

Date: *January 21, 2026*                    ERIC GRANT
                                    United States Attorney
                                    MATHEW W. PILE
                                    Head of Program Litigation 1
                              By:   *s/ Oscar Gonzalez de Llano*
                                    OSCAR GONZALEZ de LLANO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant


Date: *January 21, 2026*           By:   *s/ Russell Jackson Rohlfing*
                                    Russell Jackson Rohlfing
                                    Law Offices of Lawrence D. Rohlfing, Inc. CPC
                                    Attorney for Plaintiff
                                    (*as authorized by email)

**ORDER**

Pursuant to the parties' stipulation and unopposed motion for extension of time, (Doc. 9),

IT IS HEREBY ORDERED that Defendant shall have an extension, to and including February 23, 2026, to respond to Plaintiff's complaint.  The deadlines in the Scheduling Order, (Doc. 6), are hereby extended accordingly.

IT IS SO ORDERED.

Dated:    **January 21, 2026**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE