ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
Email: james.ki@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DEMARIAE RASHAUD WEST,

      Plaintiff,

      vs.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 1:25-cv-01601-SKO

STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER

(Doc. 14)

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from April 22, 2026, up to and including May 22, 2026. This is the Defendant's first request for an extension. Plaintiff's reply, if any, would now be due June 5, 2026.

Defendant makes this request in good faith and for good cause. This extension is requested in light of the agency pursuing voluntary remand, but the parties have not yet agreed to settlement terms. Defendant apologizes to the Court for any inconvenience caused by this request.

Stip. for Ext.; Order 1:25-cv-01601-SKO          1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 22, 2026                    /s/ *Russell J. Rohlfing**
                                          (*as authorized via email on April 22, 2026)
                                          RUSSELL J. ROHLFING
                                          Attorney for Plaintiff

Dated: April 22, 2026                    ERIC GRANT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1
                            By:    /s/ *James Ki*
                                          James Ki
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant


                                    **ORDER**

Pursuant to the parties' stipulation and unopposed motion (Doc. 14), IT IS SO ORDERED that Defendant shall have an extension, up to and including **May 22, 2026**, to respond to Plaintiff's Motion for Summary Judgment.  All other deadlines in the Scheduling Order (Doc. 6) are enlarged accordingly.


IT IS SO ORDERED.

Dated:    **April 23, 2026**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; Order 1:25-cv-01601-SKO                    2