ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
JAMES KI, WSBN 42978
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (212) 264-2435
Email: james.ki@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMARIAE RASHAUD WEST,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | ）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>）<br>） |

CIVIL NO. 1:25-cv-01601-SKO

**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**

**(Doc. 17)**

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

Upon remand, the Administrative Law Judge will be directed to obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base (Social Security Ruling 83-14.) The hypothetical questions should reflect the specific capacity/limitations established by the record as a whole. The Administrative Law Judge will ask the vocational expert to identify examples of appropriate jobs and to state the incidence of such jobs in the national economy (20 C.F.R. §§ 404.1566 and 416.966). The

1

Administrative Law Judge shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  April 28, 2026

/s/  Russell J. Rohlfing*
RUSSELL J. ROHLFING
Attorney for Plaintiff
*Authorized via email on April 28, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By:    /s/ James Ki
JAMES KI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Based upon the parties' foregoing Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 17), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

      /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

2