Russell J. Rohlfing
Attorney at Law: 362759
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: russell.rohlfing@rohlfinglaw.com

Attorneys for Plaintiff
Demariae Rashaud West

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARIAE RASHAUD WEST,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | ) Case No.: 1:25-cv-01601-SKO<br>)<br>) STIPULATION AND UNOPPOSED<br>) MOTION FOR THE AWARD AND<br>) PAYMENT OF ATTORNEY FEES<br>) AND EXPENSES PURSUANT TO<br>) THE EQUAL ACCESS TO JUSTICE<br>) ACT, 28 U.S.C. § 2412(d) AND<br>) COSTS PURSUANT TO 28 U.S.C. §§<br>) 1920; 2412; ORDER<br>)<br>) (Doc. 20)<br>) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Demariae Rashaud West ("West") be awarded attorney fees and expenses in the amount of five thousand one hundred ninety-one dollars and twenty-nine cents ($5,191.29) under

-1-

the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412.  These amounts represent compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412.

After the Court issues an order for EAJA fees to West, the government will consider the matter of West's assignment of EAJA fees to Russell J. Rohlfing.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to West, but if the Department of the Treasury determines that West does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, Inc., CPC, pursuant to the assignment executed by West.[1] Any payments may be made by check or electronic fund transfer (EFT) and shall be delivered to the Law offices of Lawrence D. Rohlfing, Inc.

This stipulation constitutes a compromise settlement of West's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that West and/or Russell J. Rohlfing including Law Offices of Lawrence D. Rohlfing, Inc., CPC may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Russell J. Rohlfing and/or the Law Offices of Lawrence D. Rohlfing, Inc., CPC to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 20, 2026          Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                 /s/  *Russell J. Rohlfing*[2]
                    BY: _____
                            Russell J. Rohlfing
                            Attorney for plaintiff Demariae Rashaud West


DATED: May 20, 2026          ERIC GRANT
                            United States Attorney
                            MATHEW W. PILE
                            Head of Program Litigation 1
                            Social Security Administration



                                 /s/ *James Ki*

                            _____
                            JAMES  KI
                            Special Assistant United States Attorney
                            Attorneys for Defendant
                            FRANK BISIGNANO, Commissioner of Social
                            Security (Per e-mail authorization)

---

[2] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-3-

# ORDER

Pursuant to the parties' foregoing Stipulation and Unopposed Motion (Doc. 20), **IT IS SO ORDERED** that Demariae Rashaud West is awarded attorney fees and expenses in the amount of five thousand one hundred ninety-one dollars and twenty-nine cents ($5,191.29) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. §§ 1920; 2412 pursuant to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **June 5, 2026**                     /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE